UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) NO. 3:13-00091 |
| v. | ) |
| | ) 18 U.S.C. § 2 |
| | ) 18 U.S.C. § 371 |
| STEVEN MELLIDES | ) 18 U.S.C. § 844(i) |
| | ) 18 U.S.C. § 1341 |
| and | ) |
| | ) |
| JOHN FISHER | ) |

## SEALED ORDER

This matter comes before the Court on the Government's Motion to Seal the Indictment. It is hereby ordered that:

The Motion is granted and the Indictment is ordered sealed, pending further order of the Court, except that a copy of the Indictment: (a) may be provided by the Government to the defendant or the defendant's counsel after the defendant is arrested; and (b) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the USMS, to serve them only on counsel for the Government.

WILLIAM J. HAYNES
Chief, U.S. District Judge

Dated: 5-15-13