UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:13-cr-00091 |
| ) | Judge Campbell |
| STEVEN MELLIDES ) | |
| and ) | |
| JOHN FISHER ) | |

## MOTION TO UNSEAL THE INDICTMENT

The United States of America, through its undersigned counsel, Assistant United States Attorney Scarlett M. Singleton, hereby requests the indictment in this case be unsealed.

WHEREFORE, it is hereby requested that this Court grant the United States' motion.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney
Middle District of Tennessee

*Scarlett M. Singleton*
SCARLETT M. SINGLETON
Assistant United States Attorney

GRANTED:

*John Bryant*
JOHN S. BRYANT
UNITED STATES MAGISTRATE JUDGE