UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00091 |
| | ) | JUDGE CAMPBELL |
| STEVEN MELLIDES | ) | |

ORDER

The change of plea hearing scheduled for November 15, 2013, at 9:00 a.m. is RESCHEDULED for November 15, 2013, at 11:00 a.m. Any proposed plea agreement shall be submitted to the Court by November 14, 2013.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE