UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00091 |
| | ) | JUDGE CAMPBELL |
| STEVEN MELLIDES | ) | |

ORDER

Pending before the Court is Defendant's Motion to Continue Trial (Docket No. 49). Through Though the title of the Motion requests a continuance of the trial, the body of the Motion requests to continue the sentencing date currently set for February 3, 2014. Defendant requests a sentencing date at a time after the Co-Defendant's trial. The Motion is GRANTED.

The sentencing in this case is RESCHEDULED for April 1, 2014, at 9:00 a.m.

All motions for a departure or pursuant to United States v. Booker, 125 S.Ct. 738 (2005) must be filed at least five (5) days before the sentencing hearing.

In accordance with LCrR 32.01(c), at least seven (7) days prior to the sentencing date, the parties shall file a "Position of the (Government or Defendant) with Respect to Sentencing Factors," containing only unresolved objections to the Presentence Report. If the parties have no objections to the Presentence Report, they shall so indicate in their "Position" filed with the Court. The parties shall also serve a copy of their "Position" on the Probation Office upon its filing.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE